UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC 0 5 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  vs.<br><br>SAUL ANGEL PACHECO-NEVAREZ,<br><br>     Defendant. | CASE NO. 06CR1973-GT<br><br>JUDGMENT OF DISMISSAL |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: _8:1325 - ILLEGAL ENTRY (MIS) ILLEGAL ENTRY (FLEONY)._

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/4/06

                _Gordon Thompson Jr._
                GORDON THOMPSON, JR.
                UNITED STATES DISTRICT JUDGE